**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Body Contour Ventures, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA LightRx**<br>**DBA LightRx Face & Body** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5157898** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**34405 W. 12 Mile Road, Suite 200**<br>**Farmington Hills, MI 48331**<br>Number, Street, City, State & ZIP Code<br><br>**Oakland**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.lightrx.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____8121____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor | **See Schedule 1** | | Relationship _____ |
| District _____ | | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2019**
             MM / DD / YYYY

**X** **/s/ Richard C. Morgan**                 **Richard C. Morgan**
Signature of authorized representative of debtor         Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Scott A. Wolfson**         Date **February 22, 2019**
Signature of attorney for debtor                 MM / DD / YYYY

**Scott A. Wolfson**
Printed name

**Wolfson Bolton PLLC**
Firm name

**3150 Livernois**
**Suite 275**
**Troy, MI 48083**
Number, Street, City, State & ZIP Code

Contact phone    **248-247-7103**       Email address    **swolfson@wolfsonbolton.com**

**P53194 MI**
Bar number and State

**Schedule 1**

**Pending Bankruptcy Cases Filed by Debtor and Debtor's Affiliates**

On the date hereof, each of the affiliated Debtors listed below, including the Debtor in this Chapter 11 case, filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division. A motion will be filed with the Court requesting that the Chapter 11 cases of the Debtors listed below be consolidated for procedural purposes only and jointly administered, pursuant to Fed. R. Bankr. P. 1015(b) and E.D. Mich. LBR 1015-1, under the case number assigned to the Chapter 11 case of Body Contour Ventures, LLC.

| # | DEBTOR | CASE NUMBER | JUDGE |
|---|--------|-------------|-------|
| 1 | Body Contour Ventures, LLC | 19-_____-___ | Pending |
| 2 | BCA Acquisitions, LLC | 19-_____-___ | Pending |
| 3 | American Aesthetic Equipment, LLC | 19-_____-___ | Pending |
| 4 | Knoxville Laser Spa LLC | 19-_____-___ | Pending |
| 5 | LRX Alexandria, LLC | 19-_____-___ | Pending |
| 6 | LRX Birmingham, LLC | 19-_____-___ | Pending |
| 7 | LRX Charlotte, LLC | 19-_____-___ | Pending |
| 8 | LRX Chicago, LLC | 19-_____-___ | Pending |
| 9 | LRX Colorado Springs, LLC | 19-_____-___ | Pending |
| 10 | LRX Dearborn, LLC | 19-_____-___ | Pending |
| 11 | LRX East Lansing, LLC | 19-_____-___ | Pending |
| 12 | LRX Grand Blanc, LLC | 19-_____-___ | Pending |
| 13 | LRX Hoffman Estates, LLC | 19-_____-___ | Pending |
| 14 | LRX Las Vegas Summerlin, LLC | 19-_____-___ | Pending |
| 15 | LRX Mesa, LLC | 19-_____-___ | Pending |
| 16 | LRX Naperville, LLC | 19-_____-___ | Pending |
| 17 | LRX Novi, LLC | 19-_____-___ | Pending |
| 18 | LRX Orland Park, LLC | 19-_____-___ | Pending |
| 19 | LRX Plymouth-Canton, LLC | 19-_____-___ | Pending |
| 20 | LRX Stone Oak, LLC | 19-_____-___ | Pending |
| 21 | LRX Towson, LLC | 19-_____-___ | Pending |

| #  | DEBTOR                                   | CASE NUMBER   | JUDGE   |
|----|------------------------------------------|---------------|---------|
| 22 | LRX Troy, LLC                            | 19-_____-___  | Pending |
| 23 | Premier Laser Spa of Greenville LLC      | 19-_____-___  | Pending |
| 24 | Premier Laser Spa of Indianapolis LLC    | 19-_____-___  | Pending |
| 25 | Premier Laser Spa of Louisville LLC      | 19-_____-___  | Pending |
| 26 | Premier Laser Spa of Pittsburgh LLC      | 19-_____-___  | Pending |
| 27 | Premier Laser Spa of St. Louis LLC       | 19-_____-___  | Pending |
| 28 | Premier Laser Spa of Virginia LLC        | 19-_____-___  | Pending |

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Body Contour Ventures, LLC**                                    Case No. _____

                                            Debtor(s)           Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Chaoju International, LLC<br>1116 Los Trancos Rd.<br>Portola Valley, CA 94028 | Units | 900 | Membership |
| Fedor Fedorov<br>1975 Tiverton Rd.<br>Bloomfield Hills, MI 48304 | Units | 875 | Membership |
| Jeff S. Pierce, D.O.<br>1819 E. Big Beaver, Suite 210<br>Troy, MI 48083 | Units | 3000 | Membership |
| Richard C. Morgan, Trustee of the Richard C. Morgan Living Trust U/A/D February 8, 2006 as amended and restated<br>34405 W. 12 Mile Road, Suite 200<br>Farmington Hills, MI 48331 | Units | 3525 | Membership |
| VPS Investments, LLC<br>9760 Fellows Hill Court<br>Plymouth, MI 48170 | Units | 1000 | Membership |
| ZLM Investments, LLC<br>6001 Savoy Dr.<br>Ste. 100<br>Houston, TX 77036-3322 | Units | 700 | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 22, 2019**                            Signature  **/s/ Richard C. Morgan**

                                                               **Richard C. Morgan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Body Contour Ventures, LLC**                           Case No. _____

                                              Debtor(s)             Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 22, 2019**                          **/s/ Richard C. Morgan**

                                                **Richard C. Morgan**/**Manager**
                                                Signer/Title

100 Spruce Partners, LLC
201 Fillmore Street, Suite 201
Denver, CO 80206


20 & 25 Waterway Holdings, LLC
The Woodlands Development Company
1790 Hughes Landing Blvd., Suite 600
The Woodlands, TX 77380


68 Middlesex Turnpike LLC
200 Summit Drive, Ste 400
Burlington, MA 01803


89 Valley Medical Equites, LLC
24 Church Street
Montclair, NJ 07042


ABC Fire Extinguisher Co., Inc.
4641 Peoples Road
Pittsburgh, PA 15237


Ace ImageWear
735 Liberty
Beaumont, TX 77701


ADM & NS Group, LLC
29870 Middlebelt Rd.
Farmington Hills, MI 48334


ADS Mechanical, LLC
PO Box 14264
Madison, WI 53708


Advanced Disposal Solid Waste Midwest, LLC
Solid Waste Midwest, LLC - A2
PO Box 473
Waunakee, WI 53597

Air Handlers Mechanical Services Inc
920 Ventures Way, Ste 2
Chesapeake, VA 23320


Ala S. Shuker, M.D
6553 Claremore Ct.
West Bloomfield, MI 48322


Alankar, Sara
6144 Gage Street
Roesmont, IL 60018


Alix Partners
2000 Town Center, Suite 2400
Southfield, MI 48075


Allergan USA, Inc.
12975 Collections Center Dr.
Chicago, IL 60693


Alpine Investor Group LLC
1116 Los Trancos
Portola Valley, CA 94028


Amber Bormann
641 N Pleasant View Rd, #251
Middleton, WI 53562


Ameren Missouri
PO Box 88068
Chicago, IL 60680-1068


American Electric Power

PO Box 24418
Canton, OH 44701-4418

American Water
P O Box 371880
Pittsburgh, PA 15250-7880

AmeriPride Linen & Uniform Services
PO Box 1564
Bemidji, MN 56619

AmeriPride Services Inc
PO Box 189
Bemidji, MN 56619-0189

AmReit Uptown Houston, LP
Dept. #2617
P.O Box 536856
Atlanta, GA 30353

Ana Maria Uribe Prieto
c/o Toppins Law Firm P.C.
1225 North Loop West, Suite 825
Houston, TX 77008

Ana Maria Prieto Cadrecha
c/o Toppins Law Firm, P.C.
1225 North Loop West, Ste. 825
Houston, TX 77008

Andrew Heyman MD MHSA
39070 John Mosby Highway
Aldle, VA 20105

Angelica Rodriquez
6255 Frisco Square Blvd
#3219
Frisco, TX 75034

Applied Imaging
7718 Solution Center
Chicago, IL 60677-7007


Aqua Filter Fresh Inc.
1 Commerce Drive
Pittsburgh, PA 15239


Arbor Oakland Group
PO Box 674196
Detroit, MI 48267


Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038-9010


Artistic Tree & Landscape Creations
4545 Gibsonia Road
Gibsonia, PA 15044


AT&T
P.O Box 5014
Carol Stream, IL 60197


ATC Investors, LP
PO Box 301501
Dallas, TX 75303


ATT 245 Marketplace, LLC
1790 East River Road, Suite 310
Tucson, AZ 85718


Austin Cedar Park Village, LP
C/O Weitzman

PO Box 671434
Dallas, TX 75267-1434


B&G LRX, LLC
5330 River Ridge Dr.
Brigton, MI 48116


Baltimore County, Maryland
Office of Budget & Finance
400 Washington Ave, Room 152
Towson, MD 21204-4665


Barry Dibernardo, MD
551 Valley Road, Suite 551
Upper Montclair, NJ 07043


BCAL 101 North Brand Property LLC
600 West Broadway, 27th Floor
San Diego, CA 92101


BeneTrac
LockBox #100906
PO Box 100906
Pasadena, CA 91189


Bennett Contracting Inc
693 South Pearl St
Albany, NY 12202


Best Dedicated Solutions, LLC
P.O. Box 6327
Libertyville, IL 60048


BGE
PO Box 13070
Philadelphia, PA 19101-3070

Bing Adbill
Lockbox 847543
1950 N Stemmons Fwy, ste 5010
Dallas, TX 75207


Birmingham Locksmith Services, Inc
33945 Woodward Ave
Birmingham, MI 48009


Blue Tower Technical Inc.
1099 Jay Street
Building F, 2nd Floor
Rochester, NY 14611


BNR Group, LLC
42524 Hayes Rd., Ste. 600
Clinton Township, MI 48038


Bob Hamilton Plumbing+Heating+A/C+Rooter
7899 Frontage Road
Overland Park, KS 66204


Boyle Investment Co.
2000 Meriidan Blvd, Ste 250
Franklin, TN 37067


Branch Tates Creek Associates, LLC
PO Box 30139
Tampa, FL 33630


BRE RC Alamo Ranch TX PL
P.O. Box 845660
Los Angeles, CA 90084

Bright House Networks
PO Box 30574
Tampa, FL 33630-3574


Brittany Adkins
2121 Nicholasville Rd
#404
Lexington, KY 40503


Brixeno Health Clinic-Marcela Riojas, DO
1423 Rock Dove Rd.
San Antonio, TX 78260


Brothers Plumbing, Air & Electric, LLC
3620 Pelham Rd
Greenville, SC 29615


Buffalo Grove LRX Holding, LLC
ATT:  Stev Alexandrowski, CFP
261 South Main Street
Plymouth, MI 48170


Business Jet Managers, Inc.
824 West Willow Run Airport
Ypsilanti, MI 48198


Camelback Moving Inc.
2330 N. 31st  Ave.
Phoenix, AZ 85009


Capella 1 NL LLC
PO Box 1450
Columbua, OH 43216


Car Trucking, Inc
34636 Kelly Road
Clinton Twp., MI 48035

Carolina Lock & Access Control LLC
5010 Crestland Ave
Charlotte, NC 28269


Carvalho, Maril
97 Ferry St.
Apt 32
Evertt, MA 02149


CBS5
PO Box 100067
Pasadena, CA 91189-0067


Cecile Kwekam
6843 Greenway Chase St
Houston, TX 77072


Central Medical Wellness, PLLC
393 N. Dunlap St.
Saint Paul, MN


Century Link
PO Box 91155
Seattle, WA 98111-9255


Chaoju International, LLC
1116 Los Trancos Rd.
Portola Valley, CA 94028


Charter Communications
PO Box 790086
Saint Louis, MO 63179-0086

Cheryl Mauro
1401 Apple Orchard Ln
Wolverine Lake, MI 48390


Chris Reinhardt
1184 Big Bend
Ballwin, MO 63021


Chrysler Capital
PO Box 660647
Dallas, TX 75266-0644


City of Birmingham
PO Box 671732
Detroit, MI 48267-1732


City of Brighton
Department 3061
PO Box 30516
Lansing, MI 48909


City of Brookfield
2000 N. Calhoun Rd.
Brookfield, WI 53005


City of Ft Worth
PO Box 961018
Fort Worth, TX 76161


City of Grand Blanc
203 E Grand Blanc Rd
Grand Blanc, MI 48439


City of Livonia
Treasurer's Office
33000 Civic Center Drive
Livonia, MI 48154

City of Rochester Hills
P.O Box 94593
Cleveland, OH 44101


City of Virginia Beach
Treasurer
2401 Courthouse Dr.
Virginia Beach, VA 23456


ClarityMulti Inc.
PO Box 13553
La Jolla , CA 92039-3553


Classic Building Co.
P.O. Box 530565
Livonia, MI 48153


Clean Uniform Company
P.O. Box 840140
Kansas City, MO 64184-0140


College Hunks Hauling Junk
4123 Terminal Drive
Mc Farland, WI 53558


Colorado Springs Utilities
P.O Box 340
Colorado Springs, CO 80901


Comcast
PO Box 7500
Southeastern, PA 19398-7500

ComEd
PO Box 6111
Carol Stream, IL 60197


Community Lock & Safe
18500 Yorba Linda Blvd
Yorba Linda, CA 92886


Conn, Sindy
4232 Payne Loehler Rd
New Albany, IN 47150


Consumers Energy
P.O Box 740309
Cincinnati, OH 45274


Corbin Block One, LLC
605 West 47th Street, Ste 200
Kansas City, MO 64112


Corporations Division
PO Box 30768
Lansing, MI 48909


Countrywood DST
Bldg. #51563
P.O Box  936039
Atlanta, GA 31193-6039


Covered Wagon Moving
16801 Radholma Court, Suite G
Round Rock, TX 78664


Cox Communications
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

CR River Square, LLC
PO Box 734201
Chicago, IL 60676


CSHV Springhurst, LLC
25924 Network Place
Chicago, IL 60673-1259


CTCA Prof Corp of AZ
6897 Paysphere Circle
Chicago, IL 60674


Culligan
Department 8515
P O Box 77043
Minneapolis, MN 55480-7743


Cumulus Colorado Springs
3662 Momentum Place
Chicago, IL 60689


Cynosure
5 Carlisle Rd
Westford, MA 01886


Dakota Electric
PO Box 64427
St. Paul, MN 55164


Dariela Monrreal
12841 Western Ave
Blue Island, IL 60443

Dearborn National Life Insurance Company
36788 Eagle Way
Chicago, IL 60678


Dependable Fire Equipment
100 North Le Baron Street
Waukegan, IL 60085


Derby Shopps South LLC
PO Box 408
Hingham, MA 02043


Digestive Health Assoc
30055 Northwestern Hwy, Ste 250
Farmington Hills, MI 48334


Dixon & MacDonald, P.C.
24901 Northwestern Hwy., Ste. 200
Southfield, MI 48075


Domestic Uniform Rental
4131 N Ravenswood
Chicago, IL 60613


Domestic Uniform Rental- Belleville
PO Box 38
Belleville, NJ 07109


Domestic Uniform Rental-Philadelphia
4100 Frankford Ave
Philadelphia, PA 19124


Dominion Energy
PO Box 45841
Salt Lake City, UT 84139-0001

Doran MGC I, LLC
7803 Glenroy Road, Suite 200
Bloomfington, MN 55439


Downriver Plastics Inc.
8349 Ronda Dr.
Canton, MI 48187


Dr. Anna Mkrtchyan
Arizona LRX Services PC
1151 W. Chicago Street
Chandler, AZ 85224


Dr. James Loging
1391 Peninsula Drive
Prosperity, SC 29127


DR. PRP USA LLC
5703 Horseshoe Falls
Missouri City, TX 77459


Duffey, Petrosky & Company LLC
38505 Country Club Drive Ste 110
Farmington Hills, MI 48331


Duke Energy
PO BOX 70516
Charlotte, NC 28272-0516


EastWest Partners, LLC
38 Camino Katia
San Clemente, CA 92672


EcoElite Pest Control
6610 - B Royal St.

Pleasant Valley, MO 64068


Edward Naylon
5426 Tildens Grove
Windermere, FL 34786


Elevating You, LLC
28007 Sand Canyon Rd.
Santa Clarita, CA 91387


Emily Bonanno
32 Staffords Crossings
Slingerlands, NY 12159


Entercom Denver Kalc-FM
4700 South Syracuse Street
Suite 1050
Denver, CO 80237


Entercom Rochester WBEE-FM
70 Commercial Street
Rochester, NY 14614


Entergy
PO Box 8104
Baton Rouge, LA 70891


Esquire Moving & Storage, Inc.
23 Aberdeen Street
Boston, MA 02115


Eversource
Attn: Security Deposits
247 Station Drive, NW210A
Westwood, MA 02090

Facebook, Inc.
15161 Collection Center Drive
Chicago, IL 60693


Fairfax Corner Retail L.C
PO Box 601305
Charlotte, NC 28260


Farrell Brothers, Inc.
6 Simmons Lane
Albany, NY 12204


Federated Media
2915 Maples Rd.
Fort Wayne, IN 46816


FedEx
P.O Box 371461
Pittsburgh, PA 15250


Ferioli, Miriam
12224 Howey Cross Rd
Clermont, FL 234715


Fish Window Cleaning
PO BOX 7906
Tempe, AZ 85281


Flame Furnace Company
2200 Eleven Mile Road
Warren, MI 48091


Fortier, Richard
10401 Jayne Valley Ln
Fenton, MI 48430

Frances Pierce Trust
30600 Telegraph Road, Suite 1131
Bingham Farms, MI 48025


Frantz, Inc.
852 Floyd Drive,
Lexington, KY 40505


Frontier
PO Box 740407
Cincinnati, OH 45274


Fuller Center LLC
P.O Box 38175
Colorado Springs, CO 80937


Furong Li
Turtle Beach, Levera Nature & Beach Resort
St. Patrick, Grenada West Indies


George B. Ford Agency Inc
39500 High Pointe Blvd Ste 400
Novi, MI 48373


Gilbert Mechanical Contractors
5251 West 74th Street
Edina, MN 55439


Gloucester Partners, LLC
ATT:  Linda Cohn
124 South Georges Hill Rd.
Southbury, CT 06488

Goodman Management,  LLC
636 Old York Road, 2nd floor
Jenkintown, PA 19046


Google Inc.
Dept.  33654
P.O Box 39000
San Francisco, CA 94139


GP Retail I, LLC
299 Milwaukee Street, Suite 500
Denver, CO 80206


Grande Cosmetics, LLC
180 South Broadway
Suite 403
White Plains, NY 10605


Grange Insurance Company of Michign
PO Box 88017
Chicago, IL 60680-1017


Greenspring Retail, LLC
c/o Obrecht Properities LLC
9475 Deereco Road, #200
Timonium, MD 21093


Greenwood-Emerson LLC
666 Dundee Road, Suite 901
Northbrook, IL 60062-2735


Handyman Matters
101 E College Ave Suite 2C
Columbus, OH 43240


HC Shoppes 18 A, LLC
c/o GDA Real Estate Managment, Inc.

5690 DTC Blvd., Suite 515
Greenwood Village, CO 80111

Henry Schein
Dept CH 10241
Palatine, IL 60055-0241

Hingham Municipal Lighting Plant
31 Bare Cove Park Dr.
Hingham, MA 02043

Home Air Services
12288 Wilkins Avenue Ste. E
Rockville, MD 20833

ICAT Logistics, Inc.
6805 Douglas Legum Dr
Elkridge, MD 21075

Ignacio Francisco Uribe Prieto
c/o Toppins Law Firm, P.C.
1225 North Loop West, Ste. 825
Houston, TX 77008

IHeartMedia
5588 Collection Center Drive
Chicago, IL 60693

IJS & MP Enterprise AZ, LLC
20870 Middlebelt Rd.
Farmington Hills, MI 48334

Imaan Mohammad
13500 Greencastle Ridge Terrace
Apt 204
Burtonsville, MD 20866

INDEP II LLC
1340 N. Great Neck Road
Suite 1272-354
Virginia Beach, VA 23454-2268


Indiana Pest Management
PO Box 6464
Kokomo, IN 46904


Indianco, LLC
2332 Cotner Ave., Suite 301
Los Angeles, CA 90064


InMart Group Limited
27260 Haggety Rd., Ste, A-14
Farmington Hills, MI 48331


Interstate Express Denver
4201 Oneida St.
Denver, CO 80216


IRC Retail Centers Management, Inc.
P.O Box 6334
Carol Stream, IL 60197-6334


Isis Gibson
18131 Keeler St
Detroit, MI 48223


J. King Services
3005 Nassaur Dr.
Vero Beach, FL 32960


Jaffe Raitte Heuer & Weiss
PO BOX 5034
Southfield, MI 48086

Jan Marini Skin Research, Inc.
5883 Rue Ferrari
San Jose, CA 95138


Jennifer Daigneault
165 Storm Hill Road
Johnsonville, NY 12094


Jennifer Harris
45 W. 300S Apt 204
Bountiful, UT 84010


Jim Roberts
221 1oth Pl North
Edmonds, WA 98020


Jimenez, Ramon
1413 Avleigh Cir.
Orlando, FL 32824


Joel Rivera
3025 Settelrs Parkway
Elgin, IL 60124


Joplimo Mattress
PO Box 416
Carthage, MO 64836


Julia Dynek
121 Washington Avenue South, #403
Minneapolis, MN 55401


Julieth Chacon

8647 Braxed Lane
Monassas, VA 20110


KALV-FM
ATTN: Carly Yerman
P.O Box 730824
Dallas, TX 75373


Kansas Counselors, Inc.
PO Box 14765
Shawnee Mission, KS 66285-4765


Karen Hollenbeck
1989 Summerfield Dr
Castle Rock, CO 80104


KBM Consultants, Inc.
25 Elderberry Rd
Syosset, NY 11791


Keith Wadle
3577 Piccadilly Dr.
Rochester Hills, MI 48309


Kemerick
521 Girard
Royal Oak, MI 48073


Ken's Window Cleaning, Inc.
PO Box 463
East Schodack, NY 12063


Kevin Stockmaster
12516 Covington Manors Farms Rd.
Fort Wayne, IN 46814

Khatib, Rania
409 Lambeth Dr. Apt. 12
Charlotte, NC 28213


KIMN Denver
3355 Lenox Road NE, Ste 945
Atlanta, GA 30326


Knapp's Corner Shops, LLC
1971 E. Beltline Ave NE,  STE 240
Grand Rapids, MI 49525


KNXV
PO Box 116923
Atlanta, GA 30368-6923


Kolb Electric, Inc.
5901 Blair Road, NW
Washington, DC 20011


Kool-FM
PO Box 730824
Dallas, TX 75373


KSE Radio Ventures LLC
ATTN: Meghan Walters
720 South Colorado Blvd.
North Denver, CO 80246


KU a PPL Company
PO Box 9001954
Louisville, KY 40290-1954


KZPT-FM
ATTN: Allison Besse

7000 Squibb Rd. 2nd Floor
Mission, KS 66202


Laurel Mortgage Investors, LLC
31390 Northwestern Hwy., Suite A
Farmington Hills, MI 48334


LCFRE Sugar Land Town Square, LLC
15958 City Walk Ste 250
Sugar Land, TX 77479


Legacy Place Properties LLC
400 Atlantic Avenue
Boston, MA 02110


Lenoir City Utilities Board
PO Box 449
Lenoir City, TN 37771-0449


LG&E
PO Box 9001960
Louisville, KY 40290-1960


Lifit Health
430 West Collins Avenue
Orange, CA 92867


Linehan, Michael
72 East Jefferson Rd.
Pittsford, NY 14534


Liveyon Glendale LLC
7700 Irvine Center Drive, St800
Irvine, CA 92618

L-Nutra, Inc.
8322 Beverly Blvd, Ste 202
Los Angeles, CA 90048


LRX Capital, LLC
1905 Grove Street
Denver, CO 80204


LRX Sims, LLC/Rob Sims
20830 Normandy Ct.
Northville, MI 48167


LRX-CJG Investor, LLC
14695 Berwick
Livonia, MI 48154


LRX-JJB Investor, LLC
44121 Fair Oaks Dr.
Canton, MI 48187


LTR Investments, LLC
6726 Spring Creek
Plymouth, MI 48170


Mach 1
1530 W Broadway Rd
Tempe, AZ 85282


Madison Gas and Electric
PO Box 1231
Madison, WI 53701-1231


Mana Rama Tirth
c/o Brooks Wilkins Sharkey & Turco
401 S. Old Woodward Ave.,
Ste. 400
Birmingham, MI 48009

Maple Grove Investor, LLC
38505 Country Club Dr.
Farmington Hills, MI 48331


Maria Isabel Uribe Prieto
c/o Toppins Law Firm, P.C.
1225 North Loop West, Ste. 825
Houston, TX 77008


Mark Cates Builder, LLC
3320 B Blumie Street
Austin, TX 78745


Massachusetts Corporations Division
One Ashburton Place, Room 1717
Boston, MA 02108


McClain's Home Repair LLC
4204 Creek Hill Lane
Corinth, TX 76208


McKesson Medical Surgical
PO Box 634404
Cincinnati, OH 45263-4404


Meade-Hall, Nichole
9617 Oakbrooke Lane
Howell, MI 48114


MedPro
PO Box 5683
Carol Stream, IL 60197


Memphis Light Gas and Water DIvision
PO Box 388
Memphis, TN 38145-0388

Merz North America
PO Box 912073
Denver, CO 80291-2073


Middle Tennessee Electric
PO BOX 330008
Murfreesboro, TN 37133


Milagros Rivera, MD
2 Kelsall Lane
Savannah, GA 31411


Minnesota Locks
1254 South Robert Street
West St. Paul, MN 55118


Missouri American Water
PO Box 94551
Palatine, IL 60094-4551


Model Linen Supply
P.O Box 1669
Ogden, UT 84402


MPJ Ventures
289 Smith Road
Pittsford, NY 14534


Naperville Investments, LLC
54838 Glen Oaks
Shelby Township, MI 48315


Natalja Macuka
3101 South Ocean Drive, Apt. 2208
Hollywood, FL 33019

National Grid
PO Box 11735
Newark, NJ 07101


NEC Preston Gaylord, LTD
5729 Lebanon Rd.
Ste 144 -356
Frisco, TX 75034


Netwolves Network Services LLC
PO Box 826923
Philadelphia, PA 19182


Newton, Maria Elena
3007 Lasses Blvd
San Antonio, TX 78223


Nicole Cloven
1265 South Aaron
Mesa, AZ 85209


Nipsco
P.O. Box 13007
Merrillville, IN 46411-3007


NLT Properties, LLC
PO Box 10
Scottsdale, AZ 85252


Norfolk Air Heating & Cooling
7914 Glade Road
Norfolk, VA 23518

Northwood Court Eagan, LLC
5353 Wayzta Blvd, Suite #650
Minneapolis, MN 55416


Obalon
5421 Avenida Encinas, Suite F
Carlsbad, CA 92008


OneSource Communications
4800 Keller Hicks Rd.
Fort Worth, TX 76244


Overland Building B, LLC
41623 Margarita Road Suite#100
Temecula, CA 92591


Owens, Katherine
629 Zion School Rd
Easley, SC 29642


Painter, Stephanie Dee
201 Thornwood Dr.
Taylors, SC 29687


Patrick King
6193 Castlegate Drive West #2114
Castle Rock, CO 80108


Paychex
Lockbox #732954
PO Box 732954
Dallas, TX 75373-2954


Penn Power
PO Box 3687
Akron, OH 44309-3687

PEPCO
PO Box 13608
Philadelphia, PA 19101


Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266


Plaza Office Realty II, LLC
Lockbox #5857
PO Box 8500
Philadelphia, PA 19178


Precision Waste Solutions, LLC
PO Box 18856
Shreveport, LA 71138


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711


PSP Summerlin, LLC
30600 Telegraph Rd., Suite 1131
Bingham Farms, MI 48025


Qararah, Smly
10963 Ashston Lane
Orland Park, IL 60467


Rasmussen, Angela
3236 W. Lonecactus Dr.
Phoenix, AZ 85027


Ready Refresh

A Division of Nestle Waters N.A. Inc
PO Box 856192
Louisville, KY 40285-6192


Regency Bressi,  LLC
2321 Rosecrans Avenue, Suite 4225
El Segundo, CA 90245


Rehmann Robson
Saginaw Office
5800 Gratiot Rd., Ste 201
Saginaw, MI 48605-2025


RG&E
P O Box 847813
Boston, MA 02284-7813


Richard McBride, MD
9024 Carnegie Way
Knoxville, TN 37922


Rid a Pest
4615 N. Shadeland Ave.
Indianapolis, IN 46226


Rochford, Jill
5607 Green Circle Drive, #216
Hopkins, MN 55343


Rodriguez, Paty
1406 Cottage SW
Vienna, VA 22180


Rosanna Matyastik
103 Betty Drive
Rose City, TX 75189

Rudisova, Lucia
1 Whitwick Court
Parkville 21234


Ryco Management LLC
1173 Pittsford-Victor Road
Suite 140
Pittsford, NY 14534


Santana, Kazzandra
4585 Winewood Village Drive
Colorado Springs, CO 80917


Sasha Guy
1705 Owens Rd,
Oxon Hills, MD 20745


SBT-VPS Holdings, LLC
9760 Fellow Hills Court
Plymouth, MI 48170


Schindlbeck, Teresa
9815 Lance Drive
Frisco, TX 75035


Scottsdale Crossing, LLC
P.O Box 516542
Los Angeles, CA 90051-0595


Sealey, Laci
7974 Janna Lee Ave, Apt 103
Alexandria, VA 22306


Sentry Fire & Safety

1294 South Inca
Denver, CO 80223


Sharps Compliance, Inc.
PO Box 679502
Dallas, TX 75267-9502


Signarama
AMC Designs LLC
854 High Ridge rd
Stamfrd, CT 06905


Sitex Corporation
P.O. Box 38
Henderson, KY 42419


Smith Handyman Service, LLC
230 Silo Drive
Lenoir City, TN 37772


Sobellaskin, LLC
34405 W. 12 Mile Road
Suite 200
Farmington Hills, MI 48331


Special Events Managment
2221 W. 43rd Street
Chicago, IL 60609


SRP - Camelback
PO Box 80062
Prescott, AZ 86304


Star 2 Star Communications LLC
PO Box 97231
Las Vegas, NV 89193-7231

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0540


State of Indiana
Indiana Department of Revenue
P.O. Box 40
Indianapolis, IN 46206-0040


State Of Michigan
7064 Crowner Drive
Lansing, MI 48980


Statewide Electric LLC
175 S. Hamilton Pl.
Bldg. 1, Ste. 101
Gilbert, AZ 85233


STL Pro Turf & Pro Pest Solutions, LLC
P O Box1156
Raymore, MO 64083


Suburban Natural Gas Company
PO Box 183035
Columbus, OH 43218-3035


Sugar Tree Square, LLC
31731 Northwestern Hwy, Suite 250W
Farmington HIlls, MI 48334


Sure Fire Protection
8200 East Pacific Place # 404
Denver, CO 80231

Tate Pappas Apartment Investors, LLC
4777 Sharon Rd. Ste 550
Charlotte, NC 28210


Taylor Hibbler
328 Waldo Street
Rockford, IL 61102


Teleradiology Specialist, LLC
PO Box 205869
Dallas, TX 75320


Texas Gas Service
PO Box 219913
Kansas City, MO 64121


The Broadmar Company, LLC
277 Martine Avenue
White Plains, NY 10601


The Entrust Group, Inc fbo Franca Tiano
44315 Plymouth Oaks Blvd
Plymouth, MI 48170


The Firm Facility Services
13911 Ridgedale Drive, Ste 165
Minnetonka, MN 55305


The Lauren L. Reager Trust
2001 Wilshire Boulecard, Suite 210
Santa Monica, CA 90403


Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085

Time Warner Cable
PO Box 70872
Charlotte, NC 28272-0872


TKG Meridian Towne Centre, LLC
211 North Stadium Blvd, Suite 201
Columbia, MO 65203


Tony Zanlungo Promotions, LLC
23622 Stonehenge Blvd.
Novi, MI 48375


Torkkola, Stacie
900 W Aspen Way
Gilbert, AZ 85233


Town Greenville, LLC
PO Box 2266
Greenville, SC 29602


Townsquare Media Lansing
27141 Network Place
Chicago, IL 60673


Treasurer, City of Virginia Beach
2401 Courthouse Dr.
Virginia Beach, VA 23456


Tritex Services
PO BOX 962
Trenton, GA 30752


Unitel Leasing
2065 Franklin Rd.

Bloomfield Hills, MI 48302


UPS
Lockbox 577
Carol Stream, IL 60132


Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-0400


Valassis Direct Mail, Inc
90469 Collection Center Drive
Chicago, IL 60693


Venus Concepts
255 Consumers Road, Suite 110
Toronto, ON M2J 1R4


Verizon Wireless
P.O Box 15062
Albany, NY 12212


Vincent Giampapa, MD Consulting
320 German Valley Road
Canadensis, PA 18325


Virginia Natural Gas
PO Box 5409
Carol Sream, IL 60197-5409


Virtual Health Partners
106 E 19th Street
New York, NY 10003

VPS Investments, LLC
9760 Fellows Hill Court
Plymouth, MI 48170


Wage Works, Inc.
1100 Park Place, 4th Floor
San Mateo, CA 94403


Ward Contracting LLC
6215 Via La Cantera # 113
San Antonio, TX 78256


Washington, Sherese
13806 Heywood Court
Apple Valley, MN 55124


Water Tower LLC
SDS-12-3035
PO Box 86
Minneapolis, MN 55486-3035


WCYQ Knoxville
ATTN: Erin Massman
P.O Box 203569
Dallas, TX 75320


WE Energies
PO Box 90001
Milwaukee, WI 53290


Weingarten Realty Investors
PO Box 301074
Dallas, TX 75303-1074


Wesminister Fire
150 Airport Drive, Unit 10
Westminister, MD 21157

West View Water Authority
PO Box 747107
Pittsburgh, PA 15274-7105


White Flint Plaza, LLC
PO Box 741615
Atlanta, GA 30374-1614


Whitestone Towne Center, LLC
Department #234
P.O Box 4869
Houston, TX 77210-4869


Willner Properties
150 Allendale Rd.
King of Prussia, PA 19406


Winners Group Ltd.
8975 S. Pecos Rd.
Henderson, NV 89074


WKBD 50 of Detroit
21722 Network Place
Chicago, IL 60673-1722


WNOW-FM
ATTN: Craig McIntyre
PO Box 603441
Charlotte, NC 28260


Woodward Retail L.L.C
PO Box 250004
West Bloomfield, MI 48325

W-PT Prairie Stone VII, L.L.C.
28053 Network Place
Chicago, IL 60673


WWJ-TV
21252 Network Place
Chicago, IL 60673-1252


WXYZ
PO Box 643405
Cincinnati, OH 45264-3405


Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477


Yext Inc.
1 Madison Avenue, 5th Floor
New York, NY 10010


ZELTIQ Aesthetics, Inc.
4410 Rosewood Drive
Pleasanton, CA 94588

## United States Bankruptcy Court
### Eastern District of Michigan

In re  **Body Contour Ventures, LLC**                                Case No. _____

                                        Debtor(s)        Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard C. Morgan, declare under penalty of perjury that I am the Manager of Body Contour Ventures, LLC, and that the following is a true and correct copy of the resolutions adopted by the Manager of said corporation:

"**IT IS RESOLVED** that, in the judgment of the Manager, in light of the current circumstances of the Company, it is in the best interests of the Company to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan;

**IT IS FURTHER RESOLVED** that the Company and its Manager, Richard C. Morgan, are authorized and directed to take any and all necessary steps to effect these resolutions, including but not limited to executing a petition for relief under Chapter 11 and any and all related documents, including but not limited to voluntary petitions, schedules, statements of financial affairs, applications and petitions for Bankruptcy Court approval and other relief, plans of reorganization, plans for disposition of the Company's assets, and pleadings in adversary proceedings;

**IT IS FURTHER RESOLVED** that the Company and its Manager, Richard C. Morgan, are authorized to do and perform all acts and deeds necessary and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

**IT IS FURTHER RESOLVED** that Richard C. Morgan is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings and to otherwise perform all acts and deeds necessary and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

**IT IS FURTHER RESOLVED** that the Company is authorized and directed to employ Wolfson Bolton PLLC as its legal counsel to represent the Company in its Chapter 11 proceeding;

**IT IS FURTHER RESOLVED** that all actions lawfully taken or to be taken by the Company or its Manager, Richard C. Morgan, in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved."

Date  **February 22, 2019**                         Signed  **/s/ Richard C. Morgan**

                                                            **Richard C. Morgan**