# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

BODY CONTOUR VENTURES, LLC,

    Debtor.
_____/

Case No. 19-42510
Chapter 11
Hon. Phillip J. Shefferly

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Anthony J. Kochis of Wolfson Bolton PLLC hereby enters his appearance as proposed counsel on behalf of Debtor.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: February 23, 2019

By: /s/ Anthony J. Kochis
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
akochis@wolfsonbolton.com