**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Body Contour Ventures, LLC, | Case No. 19-42510-pjs |
| Debtor. | Hon. Phillip J. Shefferly |

**COVER SHEET FOR MOTION TO USE CASH
COLLATERAL OR TO OBTAIN CREDIT**

The debtors and debtors-in-possession identified below (collectively,

"Debtors"),[1] have filed a motion to use cash collateral or to obtain

---

[1] This Motion is being filed on behalf of Body Contour Ventures, LLC, Case No. 19-42510, BCA Acquisitions, LLC, Case No. 19-42511, American Aesthetic Equipment, LLC, Case No. 19-42512, Knoxville Laser Spa LLC, Case No. 19-42513, LRX Alexandria, LLC, Case No. 19-42514, LRX Birmingham, LLC, Case No. 19-42515, LRX Charlotte, LLC, Case No. 19-42516, LRX Chicago, LLC, Case No. 19-42517, LRX Colorado Springs, LLC, Case No. 19-42518, LRX Dearborn, LLC, Case No. 19-42519, LRX East Lansing, LLC, Case No. 19-42520, LRX Grand Blanc, LLC, Case No. 19-30413, LRX Hoffman Estates, LLC, Case No. 19-42521, LRX Las Vegas Summerlin, LLC, Case No. 19-42522, LRX Mesa, LLC, Case No. 19-42523, LRX Naperville, LLC, Case No. 19-42524, LRX Novi, LLC, Case No. 19-42525, LRX Orland Park, LLC, Case No. 19-42526, LRX Plymouth-Canton, LLC, Case No. 19-42527, LRX Stone Oak, LLC, Case No. 19-42528, LRX Towson, LLC, Case No. 19-42530, LRX Troy, LLC, Case No. 19-42531, Premier Laser Spa of Greenville LLC, Case No. 19-42532, Premier Laser Spa of Indianapolis LLC, Case No. 19-42533, Premier Laser Spa of Louisville LLC, Case No. 19-42534, Premier Laser Spa of Pittsburgh LLC, Case No. 19-42535, Premier Laser Spa of St. Louis LLC,

{00080303.DOC }

postpetition financing, which is attached to this Cover Sheet.  In accordance with LBR 4001-2(b) (E.D.M.), the debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| Provision | Contained in Proposed | Location in Proposed Order |
|---|---|---|
| (1) Provisions that grant liens on the estate's claims and causes of action arising under Chapter 5 of the Code. | _____ Yes<br>✔ No | Page ____, ¶ ____ |
| (2) Provisions that grant cross-collateralization protection to the prepetition secured creditor (i.e., clauses that secure prepetition debt with categories of collateral that were not covered by the secured party's lien prepetition) other than liens granted solely as adequate protection against diminution in value of a prepetition creditor's collateral. | _____ Yes<br>✔ No | Page ____, ¶ ____ |
| (3) Provisions that establish a procedure or conditions for relief from the automatic stay. | ✔ Yes<br>_____ No | Page _16_, ¶ _12_ |

---

Case No. 19-42536, and Premier Laser Spa of Virginia LLC, Case No. 19-42537.

{00080303.DOC }

| Provision | Yes/No | Reference |
|---|---|---|
| (4) Provisions regarding the validity or perfection of a secured creditor's prepetition liens or that release claims against a secured creditor. | ____ Yes<br>✔ No | Page ____, ¶ ____ |
| (5) Provisions that prime any lien without that lienholder's consent. | ____ Yes<br>✔ No | Page ____, ¶ ____ |
| (6) Provisions that relate to a sale of substantially all of the debtor's assets.<br>    Incorporated Term Sheet | ✔ Yes<br>____ No | passim<br>Page ____, ¶ ____ |
| (7) Provisions for the payment of professional fees of the debtor or any committees, including any carve-outs for such payments. | ✔ Yes<br>____ No | Page _8_, ¶ _4_<br>Page _13_, ¶ _9_ |
| (8) Provisions for the payment of prepetition debt. | ____ Yes<br>✔ No | Page ____, ¶ ____ |
| (9) Provisions that waive the debtor's exclusive right to file or solicit acceptances of a plan during the time periods specified in 11 U.S.C. § 1121. | ____ Yes<br>✔ No | Page ____, ¶ ____ |
| (10) Provisions that require the debtor's plan to be on terms acceptable to the secured creditor.<br>    Incorporated Term Sheet | ✔ Yes<br>____ No | passim<br>Page ____, ¶ ____ |
| (11) Provisions that require or prohibit specific terms in the debtor's plan.<br>    Incorporated Term Sheet | ✔ Yes<br>____ No | passim<br>Page ____, ¶ ____ |
| (12) Provisions establishing that proposing a plan inconsistent with the order constitutes a default.<br>    Incorporated Term Sheet | ✔ Yes<br>____ No | passim<br>Page ____, ¶ ____ |

| | | |
|---|---|---|
| (13) Provisions that waive surcharge under 11 U.S.C. § 506(c). | ✓ Yes <br><br> ____ No | Page  14 , ¶  10  |
| (14) Provisions that address the rights and obligations of guarantors or co-obligors. <br><br>            Incorporated Term Sheet | ✓ Yes <br><br> ____ No | passim <br> Page ____, ¶ ____ |
| (15) Provisions that prohibit the debtor from seeking approval to use cash collateral without the secured creditor's consent. | ____ Yes <br><br> ✓ No | Page ____, ¶ ____ |
| (16) Provisions that purport to bind a subsequent trustee. | ____ Yes <br><br> ✓ No | Page ____, ¶ ____ |
| (17) Provisions that obligate the debtor to pay any of a secured creditor's professional fees. | ✓ Yes <br><br> ____ No | Page  8 , ¶  4  |

 

                                               WOLFSON BOLTON PLLC
                                               Proposed counsel to Debtors

Dated: February 25, 2019      By: /s/ Scott A. Wolfson
                                              Scott A. Wolfson (P53194)
                                              Anthony J. Kochis (P72020)
                                              Thomas J. Kelly (P78754)
                                         3150 Livernois, Suite 275
                                       Troy, MI 48083
                                       Telephone: (248) 247-7103
                                       Facsimile: (248) 247-7099
                                       Email: swolfson@wolfsonbolton.com