**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Body Contour Ventures, LLC, et al.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | 19-42510-pjs |

☐ Check if this is an amended filing

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cynosure, Inc. c/o Jaffe Raitt Heuer & Weiss 27777 Franklin Rd., Ste. 2500 Southfield, MI 48034 | Attn: Paul R. Hage Phone: (248) 351-3000 Email: phage@jaffelaw.com | Trade Debt | | $6,704,684.66 | $800,000.00 | $5,904,684.66 |
| Venus Concept USA Inc. c/o Polsinelli 900 W. 48th Place, Suite 900 Kansas City, MO 64112 | Attn: Andrew J. Nazar, Esq. Phone: (816) 395-0641 Email: anazar@polsinelli.com | Trade Debt | Secured Status Disputed | $6,618,100.89 | $1,686,000.00 | $4,932,100.89 |
| Merz North America, Inc. 6501 Six Forks Rd. Raleigh, NC 27615 | Attn: William K. Edwards, Esq. Phone: (919) 582-8137 Email: bill.edwards@merz.com | Trade Debt | Secured Status Disputed | $3,583,522.00 | $550,000.00 | $3,033,522.00 |
| Invasix/InModeMD Aesthetic Solutions 100 Leek Crescent #15 Richmond Hill, ON L4B 3E6 Canada | Phone: (855) 411-2639 Fax: (855) 411-6789 Email: info@invasix.com | Trade Debt | Disputed | | | $2,652,625.52 |
| Google 1600 Amphitheathre Parkway Mountain View, CA 94043 | Attn: Jessica Ventura Phone: (734) 619-3619 Email: jessica.v@google.com | Trade Debt | | | | $2,451,641.25 |
| Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346 | Phone: 1-800-973-0424 | Taxes | | | | $1,800,000.00 |
| Duffey Petrosky 38505 Country Club Drive Suite 110 Farmington Hills, MI 48331 | Attn: Adam Wilson Phone: (248) 489-8300 Email: awilson@dpplus.com | Trade Debt | | | | $1,184,005.08 |
| iHeartMedia, Inc. c/o Marta Roza, Esq. 15760 Ventura Blvd., Suite 700 Encino, CA 91436 | Phone: (818) 783-8991 Email: marta@herzlich-blum.com | Trade Debt | | | | $1,133,215.83 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeff S. Pierce, D.O. 1819 E. Big Beaver Rd., Suite 210 Troy, MI 48083 | Phone: (248) 680-9000 Email: misports@sbcglobal.net | Note | | | | $1,065,864.81 |
| Fedor Fedorov c/o Abulhassan Law 2184 N. Beech Daly Rd., Ste. 2 Dearborn Heights, MI 48127 | Attn: Shady S. Abulhassan, Esq. Phone: (313) 582-9450 Email: sa@abulhassanlaw.com | Note | | | | $1,027,195.80 |
| Michael Linehan 72 East Jefferson Road Pittsford, NY 14534 | Phone: (585) 746-3582 Email: michaelplinehan@gmail.com | Note | | | | $1,001,409.09 |
| BVB Investments, LLC 9760 Fellows Hill Court Plymouth, MI 48170 | Attn: Vincent P. Spica Phone: (734) 660-4958 Email: vincent.spica@yahoo.com | Note | | | | $866,433.34 |
| Scottsdale Consulting, LLC 19694 Westchester Drive Clinton Township, MI 48038 | Attn: Michael J. Serra Phone: (313) 961-4220 Email: mserra@serraproduce.com | Note | | | | $727,312.54 |
| VPS Investments, LLC 9760 Fellows Hill Court Plymouth, MI 48170 | Attn: Vincent P. Spica Phone: (734) 660-4958 Email: vincent.spica@yahoo.com | Note | | | | $687,905.30 |
| SBT-VPS Holdings, LLC 9760 Fellows Hill Court Plymouth, MI 48170 | Attn: Vincent P. Spica Phone: (734) 660-4958 Email: vincent.spica@yahoo.com | Note | | | | $659,362.46 |
| Dr. Kevin M. Stockmaster c/o Barrett McNagny 215 East Berry Street Fort Wayne, IN 46802 | Attn: Michael H. Michmerhuizen, Esq. Phone: (260) 423-8820 Email: mhm@barrettlaw.com | Note | | | | $629,177.07 |
| Edward Naylon c/o Older, Lundy & Alvarez 1000 W. Cass. St. Tampa, FL 33606 | Attn: Amy E. Stoll Phone: (813) 254-8998 Email: astoll@olalaw.com | Note | | | | $591,339.31 |
| Allergan 12975 Collections Center Dr. Chicago, IL 60693 | Attn: A. Robert D. Bailey, Esq. Phone: (862) 261-7000 Email: robert.bailey@allergan.com | Trade Debt | | | | $578,266.18 |
| Valassis Direct Mail, Inc. c/o Richard A. Muller, Esq. 33233 Woodward Ave. Birmingham, MI 48009 | Phone: (248) 645-2440 Email: richard@mullerfirm.com | Trade Debt | | | | $564,383.63 |
| Facebook, Inc. 15161 Collection Center Drive Chicago, IL 60693 | Phone: (650) 543-4800 Fax: (650) 543-5325 Email: AR@fb.com | Trade Debt | | | | $522,118.66 |
| Alpine Investor Group, LLC 1116 Los Trancos Road Portola Valley, CA 94028 | Attn: Wenge Zhang Phone: (650) 279-7200 Email: wengez@yahoo.com | Note | | | | $501,060.16 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Liveyon, LLC 22667 Old Canal Rd. Yorba Linda, CA 92887 | Phone: (844) 548-3966 Email: support@liveyon.com | Loan | | | | $500,000.00 |
| Ana Maria Uribe Prieto c/o Toppins Law Firm, P.C. 1225 North Loop West, Ste. 825 Houston, TX 77008 | Attn: Wilka Toppins, Esq. Phone: (713) 621-8588 Email: wilka@toppinslawfirm.com | Debt | Disputed | | | $500,000.00 |
| Ana Maria Prieto Cadrecha c/o Toppins Law Firm, P.C. 1225 North Loop West, Ste. 825 Houston, TX 77008 | Attn: Wilka Toppins, Esq. Phone: (713) 621-8588 Email: wilka@toppinslawfirm.com | Debt | Disputed | | | $500,000.00 |
| Maria Isabel Uribe Prieto c/o Toppins Law Firm, P.C. 1225 North Loop West, Ste. 825 Houston, TX 77008 | Attn: Wilka Toppins, Esq. Phone: (713) 621-8588 Email: wilka@toppinslawfirm.com | Debt | Disputed | | | $500,000.00 |
| Ignacio Francisco Uribe Prieto c/o Toppins Law Firm, P.C. 1225 North Loop West, Ste. 825 Houston, TX 77008 | Attn: Wilka Toppins, Esq. Phone: (713) 621-8588 Email: wilka@toppinslawfirm.com | Debt | Disputed | | | $500,000.00 |
| Mana Rama Tirth c/o Brooks Wilkins Sharkey & Turco 401 S. Old Woodward Ave., Ste. 400 Birmingham, MI 48009 | Attn: Matthew E. Wilkins, Esq. Phone: (248) 971-1711 Email: wilkins@bwst-law.com | Debt | Disputed | | | $500,000.00 |
| Obalon 5421 Avenida Encinas, Suite F Carlsbad, CA 92008-4410 | Attn: Andrew Rasdal Phone: (844) 362-2566 x13 Email: arasdal@obalon.com | Trade Debt | | | | $456,498.14 |
| Elevating You, LLC 28007 Sand Canyon Rd. Santa Clarita, CA 91387 | Attn: Carla J. Walker Phone: (616) 803-1352 Email: carlajean45@aol.com | Note | | | | $428,314.08 |
| Ten Tel Investments, LLC 918 Symes Avenue Royal Oak, MI 48067 | Attn: Mark Radom Email: mradom4445@gmail.com | Note | | | | $403,424.18 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy