UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BODY CONTOUR VENTURES, LLC,[1]

    Debtor.

_____/

Case No. 19-42510-pjs
Chapter 11
Hon. Phillip J. Shefferly

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that William L. Thompson of Varnum LLP appears as proposed counsel for the Official Committee of Unsecured Creditors of Body Contour Ventures, LLC, *et al.* (the "Committee") and pursuant to Fed. R. Bankr. P. 2002 and 9010, requests that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the following:

William L. Thompson, Esq.
VARNUM LLP
160 W. Fort St., Fifth Floor
Detroit, MI  48226
(313) 481-7330
wlthompson@varnumlaw.com

---

[1] Debtors cases are being jointly administered for procedural purposes only and include Debtors Body Contour Ventures, LLC, Case No. 19-42510, BCA Acquisitions, LLC, Case No. 19-42511, American Aesthetic Equipment, LLC, Case No. 19-42512, Knoxville Laser Spa LLC, Case No. 19-42513, LRX Alexandria, LLC, Case No. 19-42514, LRX Birmingham, LLC, Case No. 19-42515, LRX Charlotte, LLC, Case No. 19-42516, LRX Chicago, LLC, Case No. 19-42517, LRX Colorado Springs, LLC, Case No. 19-42518, LRX Dearborn, LLC, Case No. 19-42519, LRX East Lansing, LLC, 19-42520, LRX Grand Blanc, LLC, Case No. 19-42833, LRX Hoffman Estates, LLC, Case No. 19-42521, LRX Las Vegas Summerlin, LLC, Case No. 19-42522, LRX Mesa, LLC, Case No. 19-42523, LRX Naperville, LLC, Case No. 19-42524, LRX Novi, LLC, Case No. 19-42525, LRX Orland Park, LLC, Case No. 19-42526, LRX Plymouth-Canton, LLC, Case No. 42527, LRX Stone Oak, LLC, Case No. 19-42528, LRX Towson, LLC, Case No. 19-42530, LRX Troy, LLC, Case No. 19-42531, Premier Laser Spa of Greenville LLC, Case No. 19-42532, Premier Laser Spa of Indianapolis LLC, Case No. 19-42533, Premier Laser Spa of Louisville LLC, Case No. 19-42534, Premier Laser Spa of Pittsburgh LLC, Case No. 19-42535, Premier Laser Spa of St. Louis LLC, Case No. 19-42536, and Premier Laser Spa of Virginia LLC, Case No. 19-42537.

14698654_1.docx

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects any creditors, the Debtors, Debtors-in-Possession, or property of the Debtors or Debtors-in-Possession.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the Committee's right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which the Committee expressly reserves.

    Respectfully submitted,

    VARNUM LLP

    By: /s/ William L. Thompson
        WILLIAM L. THOMPSON (P80123)
        160 W. Fort St., 5th Floor
        Detroit, MI 48226
        (313) 481-7330
        wlthompson@varnumlaw.com

    *Proposed Attorneys for Official Committee of Unsecured Creditors of Body Contour Ventures, LLC*

Dated: March 14, 2019