**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Body Contour Ventures, LLC,[1] | Case No. 19-42510-pjs |
| Debtors. | Hon. Phillip J. Shefferly |

**NOTICE OF AUCTION AND SALE**

**PLEASE TAKE NOTICE** that, on March 18, 2019, the Debtors filed their motion ("Sale Motion") for entry of orders pursuant to §§ 105(a), 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code") and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"): (a) approving the Bidding Procedures (as defined below) in connection with the sale ("Sale")

---

[1] Debtors cases are being jointly administered for procedural purposes only and include Debtors Body Contour Ventures, LLC, Case No. 19-42510, BCA Acquisitions, LLC, Case No. 19-42511, American Aesthetic Equipment, LLC, Case No. 19-42512, Knoxville Laser Spa LLC, Case No. 19-42513, LRX Alexandria, LLC, Case No. 19-42514, LRX Birmingham, LLC, Case No. 19-42515, LRX Charlotte, LLC, Case No. 19-42516, LRX Chicago, LLC, Case No. 19-42517, LRX Colorado Springs, LLC, Case No. 19-42518, LRX Dearborn, LLC, Case No. 19-42519, LRX East Lansing, LLC, Case No. 19-42520, LRX Grand Blanc, LLC, Case No. 19-42833, LRX Hoffman Estates, LLC, Case No. 19-42521, LRX Las Vegas Summerlin, LLC, Case No. 19-42522, LRX Mesa, LLC, Case No. 19-42523, LRX Naperville, LLC, Case No. 19-42524, LRX Novi, LLC, Case No. 19-42525, LRX Orland Park, LLC, Case No. 19-42526, LRX Plymouth-Canton, LLC, Case No. 19-42527, LRX Stone Oak, LLC, Case No. 19-42528, LRX Towson, LLC, Case No. 19-42530, LRX Troy, LLC, Case No. 19-42531, Premier Laser Spa of Greenville LLC, Case No. 19-42532, Premier Laser Spa of Indianapolis LLC, Case No. 19-42533, Premier Laser Spa of Louisville LLC, Case No. 19-42534, Premier Laser Spa of Pittsburgh LLC, Case No. 19-42535, Premier Laser Spa of St. Louis LLC, Case No. 19-42536, and Premier Laser Spa of Virginia LLC, Case No. 19-42537.

of Debtors' assets used or useful in their businesses, defined as Acquired Assets in the APA ("Assets") (but may also include any additional assets of Debtors not being sold to the Stalking Horse Bidder, "Additional Assets"); (b) authorizing and scheduling an auction, if other bids are received ("Auction"), in connection with the Sale; (c) approving a termination fee and certain other protections to the Debtors' current stalking horse bidder, RVB Investment Group, LLC ("Stalking Horse Bidder"), under the Debtors' stalking horse Asset Purchase Agreement ("APA"); (d) approving cure procedures relating to the assumption and assignment of certain executory contracts and unexpired leases ("Assumed and Assigned Agreements") in connection with the Sale; (e) approving the form and manner of notices; (f) setting a hearing ("Sale Hearing") to take place after the Auction (if an Auction is necessary), to approve the Sale and the assumption and assignment of the Assumed and Assigned Agreements.

By Order dated [March 28, 2019], the Bankruptcy Court entered an order ("Bidding Procedures Order") approving certain Bidding Procedures in connection with and furtherance of the Sale Motion (the "Bidding Procedures").

Copies of the Bidding Procedures Order, the Bidding Procedures, and the APA are available free of charge at www.bmcgroup.com or may be requested by contacting Debtors' counsel at (248) 247-7105 or akochis@wolfsonbolton.com.

Any party that wishes to take part in the process and submit a bid for the Assets (or some or all of the Additional Assets) must comply with all of the Bidding Procedures.

In the event the Debtors receive a Qualified Bid in addition to the APA, the Debtors will, unless otherwise ordered by the Court, conduct the Auction with respect to the Assets.

The Auction will be conducted at the offices of offices of Wolfson Bolton PLLC, 3150 Livernois, Ste. 275, Troy, MI 48083, or such other place as may be designated by the Debtors, on **May 8, 2019, commencing at 10:00 a.m. Eastern Time** ("Auction").

If you seek to object to the sale of the Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bidding Procedures Order and the Bidding Procedures.

Such objections must be filed with the Bankruptcy Court, and served on Debtors' counsel so as to be received, on or before **May 13, 2019 at 5:00 p.m., Eastern Time**.

The Sale Hearing shall be held on **May 17, 2019, at 10:00 a.m. (Eastern Time)** in Courtroom 1975, Honorable Phillip J. Shefferly, United States Bankruptcy Court for the Eastern District of Michigan, 211 W. Fort Street, Detroit, MI 48226, at which time the Court will hear any such objections.

If any party fails to timely file and serve an objection in accordance with the Bidding Procedures Order, the Bankruptcy Court may disregard such objection. The failure of any person to timely file its objection shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Sale or the Debtors' assumption and assignment of the Assumed and Assigned agreements or the consummation of the Sale and the performance of the APA.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: March __, 2019

By:_____
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
    Thomas J. Kelly (P78754)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
Facsimile: (248) 247-7099
Email: swolfson@wolfsonbolton.com